**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 13-cv-01344-RM-CBS**

VERNELDA BONET,

      Plaintiff,

v.

ATG CREDIT, LLC, an Illinois limited liability company,

      Defendant.

**ORDER DISMISSING CASE WITH PREJUDICE**

The Court, having reviewed the Notice of Dismissal with Prejudice and being fully advised, hereby ORDERS as follows:

1. The above-captioned matter is DISMISSED WITH PREJUDICE; and

2. Each party shall bear his/her or its own costs and attorneys' fees.

DATED this 26th day of June, 2013.

                              BY THE COURT:

                              RAYMOND P. MOORE
                              United States District Judge